JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P Imports LLC, a California Limited Liability Corporation | ) Case No.: 8:22-cv-01252-DOC-JDE |
| Plaintiff, | ) Hon. David O. Carter |
| | ) United States District Judge |
| | ) |
| v. | ) |
| | ) **CONSENT JUDGMENT FOR** |
| BalanceFrom LLC, Signature Fitness | ) **PERMANENT INJUNCTION** |
| Inc., Qiduo Innovation Inc., Qiduo E-Commerce (Zhejiang) Co., LTD. and DOES 1-5, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, P&P Imports LLC ("P&P") filed a complaint seeking a permanent injunction and other relief against Defendants BalanceFrom LLC, Signature Fitness Inc., Qiduo Innovation Inc. and Qiduo E-Commerce (Zhejiang) Co., LTD. (collectively referred to as "Defendants"), pursuant to 17 U.S.C. § 101 *et seq*., § 106 and § 113 for copyright infringement and 35 U.S.C. § 284 for patent infringement. P&P and Defendants shall be collectively referred to as the "Parties".

The Parties have agreed to enter the following Consent Judgment For Permanent Injunction ("Judgment") against Defendants. The Court, being advised in the premises, finds:

## FINDINGS

1. The Court has jurisdiction over the Parties and the subject matter of this action, and enforcement of this Injunction and Judgment. Venue in the Central District of California is proper as alleged in the Complaint and as further stipulated to by the Parties. The Court shall retain jurisdiction to enforce this Consent Judgment For Permanent Injunction and the Parties' Settlement Agreement.

2. The Complaint states claims upon which relief can be granted.

3. The Parties waive all rights to challenge or contest the validity of this Judgment.

4. Entry of this Judgment is in the public interest at least to prevent consumer confusion between P&P's goods and Defendants' goods, and to prevent further infringement by preventing Defendants from using P&P's United States Design Patent No. D868,916, (the "'916 Patent"), or copyrighted works, U.S. Copyright Office Registration Numbers: VA 2-148-708, VA 2-245-380 and VA 2-248-226 to sell Defendants' goods.

5. Pursuant to Federal Rule of Civil Procedure 65(d), the provisions of this Judgment are binding upon all Defendants, and their officers, agents, servants, employees and all other persons or entities in active concert or participation with them in whole or in part, who receive actual notice of this Judgment by personal service or otherwise, and their successors and assigns.

6. P&P owns a valid and enforceable patent in their United States Design

2

Patent No. D868,916, (the "'916 Patent"), entitled "Golf Chipping Game." A true and correct copy of the '916 Patent is attached hereto as Exhibit A and is incorporated herein by reference.

7.  P&P owns valid and enforceable copyrights in their photographs and registered with the U.S. Copyright Office under Registration Number VA 2-148-708 entitled "BattleChip Photographs." A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit B and is incorporated herein by reference.

8.  P&P owns valid and enforceable copyrights in their photographs registered with the U.S. Copyright Office under Registration Number VA 2-245-380 entitled "Triturf 2018 Photographs." A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit C and is incorporated herein by reference.

9.  P&P owns valid and enforceable copyrights in their photographs registered with the U.S. Copyright Office under Registration Number VA 2-248-226 entitled "Triturf 2019 Photographs." A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit C and is incorporated herein by reference.

## DEFINITIONS

For purposes of this Judgment, the following definitions shall apply:

1.  The "'916 Patent" shall mean P&P's patent entitled "Golf Chipping Game," United States Design Patent No. D868,916, and all patented material therein.

2.  "BattleChip Game Photographs" shall mean P&P's work: U.S. Copyright Office Registration Number VA 2-148-708 entitled "BattleChip Photographs," and all copyrightable materials therein.

3.  "Tri-Turf Mat Photographs" shall mean P&P's works: U.S. Copyright

CONSENT JUDGMENT FOR PERMANENT INJUNCTION

Office Registration Number VA 2-245-380 entitled "Triturf 2018 Photographs" and U.S. Copyright Office Registration Number VA 2-248-226 entitled "Triturf 2019 Photographs" and all copyrightable materials therein.

4.    P&P's COPYRIGHTED WORKS shall mean all material copyrighted by P&P as of the date of this Judgment, including the BattleChip Photographs and Tri-Turf Mat Photographs.

5.    "Infringing Chipping Game" shall mean Defendants' golf game, Albatross Golf Backyard Chipping Battle game, product SKU number AG-CORNHOLE, as identified on pages 6-10 of the Complaint. A true and correct copy of the photographs are attached hereto as Exhibit E and is incorporated herein by reference.

6.    "Infringing Chipping Game Photographs" shall mean Defendants' infringing photographs of its product SKU number AG-CORNHOLE, as identified on pages 6-8 of the Complaint and herein SEE Exhibit E.

7.    "Defendants' Mat" shall mean Defendants' Albatross Golf Three-Lie Golf Hitting Practice Mat, product: SKU number AG-3IN1-2424 & SKU number AG-3IN1-1224, as identified on pages 8-10 of the Complaint. A true and correct copy of the photographs are attached hereto as Exhibit F and is incorporated herein by reference.

8.    "Infringing Mat Photographs" shall mean Defendants' infringing photographs of its product SKU number AG-3IN1-2424 & SKU number AG-3IN1-1224, as identified on pages 8-10 of the Complaint. A true and correct copy of the photographs are attached hereto as Exhibit F and is incorporated herein by reference.

9.    "ACCUSED PRODUCTS" shall mean all products that are substantially similar to P&P's '916 Patent as viewed by an ordinary observer or any product that appropriates in any way any of P&P's

4

CONSENT JUDGMENT FOR PERMANENT INJUNCTION

COPYRIGHTED WORKS, and any products sold by, or on the behalf of or for the benefit of, any of the Defendants or their agents that are accused of infringement, including but not limited to: the Infringing Chipping Game, aka Albatross Golf Backyard Chipping Battle game, product SKU number AG-CORNHOLE (at least as shown by examples in Exhibit E), and the Defendants' Mat aka Albatross Golf Three-Lie Golf Hitting Practice Mat, product: SKU number AG-3IN1-2424 & SKU number AG-3IN1-1224 (at least as shown by examples in Exhibit F).

<div align="center">

**PERMANENT INJUNCTION**

**I.     P&P's '916 Patent**

</div>

**IT IS HEREBY** found that Defendants Albatross Golf Backyard Chipping Battle game as depicted in Exhibit E infringes P&P's '916 Patent, and

**IT IS ORDERED** that Defendants, directly or through any corporation, partnership, subsidiary or parent, division, trade name, or other device, and their officers, agents, servants, employees and all persons or entities in active concert or participation with them, or who receive any benefit therefrom who receive actual notice of this Judgment, by personal service or otherwise, in connection with the manufacturing, labeling, advertising, promotion, offering for sale, sale, or distribution of any product using P&P's '916 Patent, are hereby permanently restrained and enjoined from:

A.     Using P&P's '916 Patent, or any other design that an ordinary observer would view as a substantially similar design to the '916 Patent.

B.     Conspiring with, aiding, assisting, or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraph (A) above.

C.     Making, importing, distributing, advertising or selling any of the

<div align="center">

5

CONSENT JUDGMENT FOR PERMANENT INJUNCTION

</div>

ACCUSED PRODUCTS.

## II.    P&P's Copyrighted Works

**IT IS FURTHER** found that Defendants ACCUSED PRODUCTS as depicted in Exhibits E and F hereto Infringe P&P's Copyrighted Works, and

**IT IS ORDERED** that Defendants, directly or through any corporation, partnership, subsidiary, division, trade name, or other device, and their officers, agents, servants, employees and all persons or entities in active concert or participation with them or who receive any benefit therefrom who receive actual notice of this Judgment, by personal service or otherwise, in connection with the manufacturing, labeling, advertising, promotion, offering for sale, sale, or distribution of products or media are hereby permanently restrained and enjoined from:

A.    Using, reproducing, distributing, creating derivative works, transmitting, or broadcasting any of P&P's COPYRIGHTED WORKS, including but not limited to any of P&P's advertisements, photographs, artwork, text, product descriptions, including creating any works that are substantially similar to P&P's COPYRIGHTED WORKS using the meaning of substantially similar as defined under federal copyright statutes and case law.

B.    Making, importing, distributing or selling any product derived in whole or in part from P&P's COPYRIGHTED WORKS.

**IT IS SO ORDERED.**

Dated:    ___September 1___, 2022

_____

*David O. Carter*

HON. DAVID O. CARTER

UNITED STATES DISTRICT JUDGE

6

CONSENT JUDGMENT FOR PERMANENT INJUNCTION

# Exhibit A

US00D868916S

(12) **United States Design Patent**
Engler et al.

(10) **Patent No.:** **US D868,916 S**
(45) **Date of Patent:** ** **Dec. 3, 2019**

(54) **GOLF CHIPPING GAME**

(71) Applicant: **P&P Imports LLC**, Santa Ana, CA (US)

(72) Inventors: **Peter Engler**, Newport Beach, CA (US); **Peter Tanoury**, Santa Ana, CA (US); **Sean Kyne**, Dana Point, CA (US)

(73) Assignee: **P&P Imports LLC**, Santa Ana, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/673,025**

(22) Filed: **Dec. 11, 2018**

(51) **LOC (12) Cl.** .............................................. **21-02**
(52) **U.S. Cl.**
USPC ......................................... **D21/790**; D21/303
(58) **Field of Classification Search**
USPC ....... D21/300–303, 319, 355, 342, 386, 699, D21/705, 771, 780, 789, 790, 791, D21/804.805; 473/164, 172, 197, 436
CPC .......... A63B 65/00; A63B 1/00; A63B 67/00; A63B 63/00; A63B 63/04; A63B 63/045; A63F 1/067; A47B 25/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,170,850 | A | * | 8/1939 | Bonnett | ................. | F41J 3/0038 |
| | | | | | | 273/403 |
| 3,106,401 | A | * | 10/1963 | David | .................... | A63D 15/02 |
| | | | | | | 273/108 |
| 3,122,367 | A | * | 2/1964 | Dale | ........................ | F41J 13/02 |
| | | | | | | 273/394 |
| 4,492,380 | A | * | 1/1985 | Saytar | .................... | A63B 63/00 |
| | | | | | | 273/400 |
| 4,883,272 | A | * | 11/1989 | Lay | ...................... | A63B 63/00 |
| | | | | | | 473/436 |
| 5,125,650 | A | * | 6/1992 | Paris | ................ | A63B 21/00047 |
| | | | | | | 482/140 |
| D408,462 | S | * | 4/1999 | Frycz | ............................ | D21/303 |
| 6,155,936 | A | * | 12/2000 | Dorr | ...................... | A63B 63/00 |
| | | | | | | 124/6 |
| D635,197 | S | * | 3/2011 | Pryor | .......................... | D21/303 |
| D688,749 | S | * | 8/2013 | Pavony | ...................... | D21/303 |

(Continued)

OTHER PUBLICATIONS

Eastpoint Sports—2 in ! Bean bag toss & Chip N score Golf, 1-16930FPO, https://www.amazon.com/EastPoint-bean-toss-Chip-score/dp/B07FXRTTZW/ref=lp_9556910011_1_10?srs=9556910011&ie=UTF8&qid=1556040707&sr=8-10, Published at least as early as Apr. 22, 2019.

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — Mehri F Bajoul
(74) *Attorney, Agent, or Firm* — Casey Kempner

(57) **CLAIM**

The ornamental design for a golf chipping game, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a golf chipping game shown in FIG. **1**.
FIG. **2** is a top view of the golf chipping game shown in FIG. **1**.
FIG. **3** is a bottom view of the golf chipping game shown in FIG. **1**.
FIG. **4** is a right-side view of the golf chipping game shown in FIG. **1**.
FIG. **5** is a left-side view of the golf chipping game shown in FIG. **1**.
FIG. **6** is a rear-side view of the golf chipping game shown in FIG. **1**; and,
FIG. **7** is a front-side view of the golf chipping game shown in FIG. **1**.
The broken lines in the figures show portions of the golf chipping game that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



## US D868,916 S
Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D706,354 S | * | 6/2014 | Montenare | D21/303 |
| D729,319 S | * | 5/2015 | Meissner | D21/303 |
| 9,192,841 B1 | * | 11/2015 | Montgomery | A63B 69/3623 |
| 9,381,414 B1 | * | 7/2016 | Gatton | A63B 67/06 |
| D806,171 S | * | 12/2017 | Nally | D21/303 |
| D807,963 S | * | 1/2018 | Zandonella | D21/303 |
| D827,031 S | * | 8/2018 | Valladares | D21/303 |
| D827,078 S | | 8/2018 | McAuley | |
| 2009/0295093 A1 | * | 12/2009 | Kiernan | A63B 63/08 |
| | | | | 273/317.2 |
| 2009/0309307 A1 | * | 12/2009 | Leal | A63B 63/00 |
| | | | | 273/348.4 |
| 2013/0082442 A1 | * | 4/2013 | Hanel | A63B 63/00 |
| | | | | 273/398 |
| 2015/0054221 A1 | * | 2/2015 | Sandman | A63B 67/06 |
| | | | | 273/402 |
| 2017/0138586 A1 | * | 5/2017 | Finch | F21V 33/008 |
| 2018/0036630 A1 | * | 2/2018 | Wilder | A63B 67/06 |
| 2018/0056155 A1 | * | 3/2018 | McAuley | A63B 63/08 |

* cited by examiner

**U.S. Patent**     Dec. 3, 2019     Sheet 1 of 7     US D868,916 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# Exhibit B

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Iula*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-148-708

**Effective Date of Registration:**
April 05, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** November 21, 2018 to December 18, 2018

## Title

| | |
|---|---|
| **Title of Group:** | BattleChip Photographs |
| **Number of Photographs in Group:** | 8 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | November 21, 2018 |
| **Latest Publication Date in Group:** | December 18, 2018 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | P&P Imports LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | P&P Imports LLC |
| | 3233 W. Castor Street, Santa Ana, CA, 92704, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | P&P Imports LLC |
| **Email:** | ckempner@pandpimports.com |
| **Telephone:** | (650)488-8270 |
| **Address:** | 3233 W. Castor Street |
| | Santa Ana, CA 92704 United States |

## Certification

|                               |                |
|------------------------------:|:---------------|
| **Name:** | Casey Kempner |
| **Date:** | April 05, 2019 |
| **Applicant's Tracking Number:** | PNPC003 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Exhibit C

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

# VA 2-245-380

**Effective Date of Registration:**
March 22, 2021
**Registration Decision Date:**
April 06, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 17, 2018 to December 17, 2018

### Title

**Title of Group:** Triturf 2018 Photographs
**Number of Photographs in Group:** 6

### Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** December 17, 2018
**Latest Publication Date in Group:** December 17, 2018
**Nation of First Publication:** United States

### Author

- **Author:** P&P Imports LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** P&P Imports LLC
17352 Derian Ave., Irvine, CA, 92614, United States

### Rights and Permissions

**Organization Name:** P&P Imports LLC
**Name:** Casey Kempner
**Email:** ckempner@pandpimports.com
**Telephone:** (650)488-8270

Ex.C, Pg. 21

**Address:**   17352 Derian Ave.
Irvine, CA 92614 United States

## Certification

**Name:**   /Casey Kempner/
**Date:**   March 22, 2021
**Applicant's Tracking Number:**   PNPC272

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Registration #:  VA0002245380
Service Request #:  1-10289917692



P&P Imports LLC
Casey Kempner
17352 Derian Ave.
Irvine, CA 92614 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-248-226

**Effective Date of Registration:**
March 23, 2021
**Registration Decision Date:**
April 22, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 31, 2019 to January 31, 2019

### Title _____

Title of Group: Triturf 2019 Photographs
Number of Photographs in Group: 2

### Completion/Publication _____

Year of Completion: 2019
Earliest Publication Date in Group: January 31, 2019
Latest Publication Date in Group: January 31, 2019
Nation of First Publication: United States

### Author _____

- Author: P&P Imports LLC
Author Created: photographs
Work made for hire: Yes
Citizen of: United States

### Copyright Claimant _____

Copyright Claimant: P&P Imports LLC
17352 Derian Ave., Irvine, CA, 92614, United States

### Rights and Permissions _____

Organization Name: P&P Imports LLC
Name: Casey Kempner
Email: ckempner@pandpimports.com
Telephone: (650)488-8270

Page 1 of 2

|  | |
| --- | --- |
| **Address:** | 17352 Derian Ave.<br>Irvine, CA 92614 United States |

## Certification

|  | |
| --- | --- |
| **Name:** | /Casey Kempner/ |
| **Date:** | March 23, 2021 |
| **Applicant's Tracking Number:** | PNPC273 |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**  VA0002248226
**Service Request #:**  1-10293385101



P&P Imports LLC
Casey Kempner
17352 Derian Ave.
Irvine, CA 92614 United States

# Exhibit D

# PAGE LEFT INTENTIONALLY BLANK

# Exhibit E











amazon Hello Select your address | Sports & Outdoors | Hello, Sign in Account & Lists | Returns & Orders | 0 Cart

All | Best Sellers | Amazon Basics | New Releases | Customer Service | Today's Deals | Prime | Books | Registry | Amazon Home | Gift Cards | Toys & Games | Music | Fashion | Kindle Books | Shopper Toolkit

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

amazon live | Livestream free workouts with Rebecca Louise | Watch now ▸ amazon.com/live

Sports & Outdoors › Sports › Golf › Training Equipment › Hitting Nets

Roll over image to zoom in

# Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of All Levels - Comes with 12 Practice Balls and Chipping Mat,Green

Brand: Albatross Golf

$34.99

Get $60 off instantly: Pay $0.00 ~~$34.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

| | |
|---|---|
| **Material** | Plastic |
| **Color** | Green |
| **Brand** | Albatross Golf |

## About this item

- ⛳ Lightweight, Durable, Portable - Made with PVC piping and durable felt, easily break down or build the Albatross Golf Backyard Chipping Battle Net to use wherever is the most convenient
- ⛳ Hours of Family Fun - Share your love of golf with your family - the Backyard Chipping Battle is designed for users of all skill levels and ages!
- ⛳ Easy Mode - On Easy Mode, hitting the board on the fly is worth 1 point, the front left pocket is worth 2 points, the middle pocket is worth 3, and the back pocket is worth 5 points!
- ⛳ Hard Mode - Hit the board on the fly: +1 point. Get in the water trap or sand trap (front two pockets): -1 point. Get in the back pocket: +3 points!
- ⛳ Comes with 12 Practice Balls and Golf Mat - Play on any surface using the golf mat and practice balls. Golf clubs not included.

$34.99

FREE delivery **February 4 - 10**

Or fastest delivery **January 29 - February 3**

Select delivery location

Usually ships within 5 to 7 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon.com
Sold by Amazon.com

Return policy: Eligible for Return, Refund or Replacement

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Add to List

Share

Have one to sell?

Sell on Amazon

## Buy it with

+

Total price: $80.94

Add both to Cart

One of these items ships sooner than the other. Show details

- ☑ **This item:** Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of All Levels - Comes… $34.99
- ☑ Victorem Golf Mat for Backyard - 17x39 Inch Unfolded, Durable Turf Mat for Indoor or Outdoor Golf Practice, Golf … $45.95

## 4 stars and above

Page 1 of 39

Sponsored

ZNCMRR Pop Up Golf Chipping Net, Indoor/Outdoor Golfing Target Net Collapsible…
★★★★½ 276
$39.99 prime

Vulcano Sports Golf Cornhole Outdoor Game, Par 1 Set, Cornhole Boards for Golfers, ...
★★★★☆ 117
Limited time deal
$63.74 prime
List: ~~$74.99~~ (15% off)

GoSports Chipster Golf Chipping Pop Up Practice Net - Indoor Outdoor Short Game…
★★★★½ 2,498
$24.99 prime

GoSports BattleChip Vertical Challenge Backyard Golf Cornhole Game, Fun New…
★★★★½ 167
$39.31 prime

SUNHOO DURARANGE Pop-up Golf Chipping Net Blue with Dual Turf Hitting Mat and Flexi…
★★★★½ 597
$55.88 prime

GoSports BattleChip PRO Golf Cornhole Game - Includes 4' x 2' Chipping Target, 16 F...
★★★★½ 423
$94.99 prime

Golf Rubber Tees Practice Training - XMWangzi, Driving Putting Chipping…
★★★★½ 98
$9.99 prime

## Products related to this item

Page 1 of 35

Sponsored

**3-in-1 Golf Chipping Game Set for Yard Outdoor Indoor, Surlight Golf Cornhole Game f...**
⭐⭐⭐⭐ 
$30.99 ✓prime

**ZNCMRR Pop Up Golf Chipping Net, Indoor/Outdoor Golfing Target Net Collapsible...**
⭐⭐⭐⭐ 276
$39.99 ✓prime

**Wpond Collapsible Golf Chipping Net, Indoor/Outdoor Golfing Target Net, Hitting Net...**
⭐⭐⭐⭐ 2
$28.99 ✓prime

**Golf Putting Mat for Indoor Practice - Indoor Golf Mat - Golf Putting Green Indoor,...**
⭐⭐⭐⭐ 20
$47.99 ✓prime

**Golf Chipping Net, Portable Golf Hitting Net with Golf Hitting Mat and 16 Training ...**
⭐⭐⭐⭐ 2
$40.99 ✓prime

**Golf Chipping Net with Putting Green,Golf Practice Net for Backyard,Indoor...**
⭐⭐⭐⭐ 4
$33.99 ✓prime

**Golf Chipping Net with Putting Green,Golf Practice Net for Backyard,Indoor...**
⭐⭐⭐⭐ 1
$33.99 ✓prime

---

**Special offers and product promotions**

- **Create your FREE Amazon Business account** to save up to 10% with **Business-only prices** and free shipping. **Register today**

- **Your cost could be $0.00 instead of $34.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

*From the manufacturer*



**Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of all Levels - Comes with 12 Practice Balls and Chipping Mat**

**Features:**

1. Durable felt, mesh and PVC piping
2. Lightweight and portable
3. Includes chipping mat for use anywhere!
4. 12 Practice balls included
   a. 6 foam, 6 whiffle
5. Golf clubs not included





**Hours of Family Fun**

Improve your short game while having fun! Great for all ages and skill levels



**Durable Felt and PVC**

Lightweight, yet very durable - easily assemble and disassemble as conveniently as possible



**12 Included Practice Balls and Chipping Mat**

Allows you to practice those tricky putts all the way out to 10 feet!



**Rules**

- Hit the board on the fly, that's +1 point
- Hit the sand trap or the water, that's -1 point
- Get it in the main hole, that's +3 points!

**Did you know that most players - new and experienced - lose the most strokes in their short game?**

In order to get your short game strokes down, you need to practice off the course. The best way is with a chipping net like ours! You can u fun game anywhere you like - in the office, in the living room, garage, and outside! The best part is that it's totally portable and easy to tr and store!





Albatross Golf - Lower your score for LESS!

#### Product Description

Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of all Levels - Comes with 12 Practice Balls and Chipping Mat

#### Product details

**Package Dimensions** : 5 x 5 x 5 inches; 3 Pounds
**Department** : Unisex-adult
**Date First Available** : December 12, 2021
**Manufacturer** : Albatross Golf
**ASIN** : B09NHQB3FX
**Country of Origin** : China
**Best Sellers Rank:** #785,682 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #191 in Golf Hitting Nets

#### Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

#### Products related to this item

Sponsored ⓘ                                                                  Page 1 of 20


Golf Putting Green Mat for Indoor & Outdoor Practice Use – Mini Golf Course with Au...
⭐⭐⭐⭐ 9
$94.20 ✓prime


3-in-1 Golf Chipping Game Set for Yard Outdoor Indoor, Suright Golf Cornhole Game f...
⭐⭐⭐⭐½ 20
$30.99 ✓prime


Golf Putting Mat for Indoor Practice - Indoor Golf Mat - Golf Putting Green Indoor,...
⭐⭐⭐⭐ 20
$47.99 ✓prime


Golf Divot Repair Tool and Golf Ball Markers Sets,1 Magnetic Cap Clip+4 Metal Markers
⭐⭐⭐⭐⭐ 1
$19.99 ✓prime


Asyxstar Golf Swing Trainer Aid – Golf Training aid Pop-up Power Flex Golf Swing...
⭐⭐⭐⭐ 52
$29.99 ✓prime


Golf Chipping Net, Portable Golf Hitting Net with Golf Hitting Mat and 16 Training ...
⭐⭐⭐⭐½ 2
$40.99 ✓prime


Caddy Splash Water Brush - Retractable Brush with Nylon-Bristles Head - Wide...
⭐⭐⭐⭐½ 174
$19.99 ✓prime

## Customer questions & answers

[ 🔍 Have a question? Search for answers ]

Typical questions asked about products:
   - Is the item durable?
   - Is this item easy to use?
   - What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

---

**Brands related to this category on Amazon**

Sponsored

**Polara**

Game-Changing Golf Balls

Shop Polara ›

*TaylorMade*

The New SIM2 - Reconstructed So You Can Swing Away

Shop TaylorMade Golf ›

Golf balls from Bridgestone Golf

Shop Bridgestone Golf ›

---

**Recommended based on your shopping trends**                                      Page 1 of 2

Sponsored

3-in-1 Golf Chipping Game Set for Yard Outdoor Indoor, Suright Golf Cornhole Game for Kids Adults, Golfing
$30.99 ✓prime

Wpond Collapsible Golf Chipping Net, Indoor/Outdoor Golfing Target Net, Hitting Net, with Turf Hitting Mat, B
⭐ 2
$28.99 ✓prime

Golf Practice Net Golf Hitting Nets with Chipping Target Pockets,10 x 7ft Golf Training Aids Practice
⭐ 1
$59.99 ✓prime

X-CELLENT Mini Golf Putting Green Flagstick for Yard Practice Set, Golf Pin Flagpole Set, Portable 2-Section
⭐ 7
$45.99 ✓prime

Glow in The Dark Golf Balls with Mesh Bag and 6 Pack Glow Golf Balls, LED Light up Golf Balls, Night Golf
⭐ 7
$18.99 ✓prime

Golf Putter, Two Ways Golf Putters for Men Right/Left Handed-Indoor/Outdoor Mini Kids Club Golf Set-
⭐ 180
$20.66 ✓prime

Zenesty Golf Practice Net Chipping Target Pop Up Game Portable Foldable Stable for Backyard Indoor
$52.99 ✓prime

Golf Mat, Indoor Hitting Mat - He Rubber Base Go Putting Green, Premium Turfs,
$39.99 ✓prime

**Inspired by your browsing history**                                             Page 1 of 5

GoSports Foam Golf Practice Balls - Realistic Feel and Limited Flight - Soft for Indoor or …
#1 Best Seller in Practice Golf Balls
⭐ 6,240
$9.99 ($0.62/Count)
Get it as soon as Wednesday, Jan 26
FREE Shipping on orders over $25 shipped by Amazon

THIODOON Glow in The Dark Golf Balls Light up Led Golf Balls Night Golf Gifts for Men Kids…
#1 Best Seller in Trick & Novelty Golf Balls
⭐ 2,749
$22.99 ($3.83/Count)
Get it as soon as Wednesday, Jan 26
FREE Shipping on orders over $25 shipped by Amazon

I'd Rather Be - Funny Socks Novelty Gift For Men, Women and Teens
Save 8%
⭐ 11,791
$10.95 $11.95
Lowest price in 30 days
FREE Shipping on orders over $25 shipped by Amazon
Usually ships within 5 to 6 …

GoSports Golf Practice Hitting Net - Choose Between Huge 10'x7' or 7'x7' Nets -Personal…
#1 Best Seller in Golf Hitting Net Systems
⭐ 3,835
$62.64
Get it as soon as Wednesday, Jan 26
FREE Shipping on orders over $25 shipped by Amazon

GoSports Golf Hitting Mats - Artificial Turf Mat for Indoor/Outdoor Practice, Choose Your Size - Includes 3 Rubb…
#1 Best Seller in Golf Hitting Mats
⭐ 1,571
$97.04–$149.99

AbcoTech Indoor Golf Putting Green – Mini Golf Set, Golf Training Aid - Golf Accessories f…
Amazon's Choice
⭐ 3,366
$63.99
Get it as soon as Wednesday, Jan 26
FREE Shipping on orders over $25 shipped by Amazon

GoSports Chipster Golf Chipping Pop Up Practice Ne
⭐ 2,498
$23.79–$24.99

GoSports Pure I Challenge Mini Game - Build Yo Course at Home Office or On Th
⭐ 82
$26.91
Get it as soon as W Jan 26
FREE Shipping on $25 shipped by Ar

---

See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

**Let Us Help You**
Amazon and COVID-19
Your Account



Sustainability
Press Center
Investor Relations
Amazon Devices

Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2022, Amazon.com, Inc. or its affiliates

Walmart Departments Services Search everything at Walmart online and in store Reorder My Items Sign In Account 0 $0.00

Westminster Store | Westminster, 92683

Sports & Outdoors / Sports / Golf Equipment / Golf Swing Trainers

Albatross Golf

## Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of all Levels - Comes with 12 Practice Balls and Chipping Mat

$34.99

Add to cart

Shipping, **arrives by Sat, Feb 5** to Westminster, 92683
**Want it faster?** Add an address to see options

Sold and shipped by Walmart.com

Free 90-Day returns Details

Add to list Add to registry

Walmart+ Get free delivery, shipping and more*
*Restrictions apply Start your free trial

+ Add
Sponsored
$89.99
Golf Practice Net, 10x7ft Golf Hitting Training Aids Nets with Target and Carry...
★★★★★ 2
3+ day shipping

### Popular items in this category

Bestselling items that customers love

Best seller

+ Add

$24.97 $49.99
Club Champ Auto Putting System
★★★★☆ 57
3+ day shipping

+ Add

$24.97
PuttOUT Golf Sport Training Aid
Pickup Delivery 3+ day shipping

+ Add

$39.99 $44.99
SKLZ Putting Green Par
Putting Mat Emulates Re
with True Roll Surface fo
★★★★½ 5
1-day shipping

### About this item

Product details

- ⛳ Lightweight, Durable, Portable - Made with PVC piping and durable felt, easily break down or build the Albatross Golf Backyard Chipping Battle Net to use wherever is the most convenient
- ⛳ Hours of Family Fun - Share your love of golf with your family - the Backyard Chipping Battle is designed for users of all skill levels and ages!
- ⛳ Easy Mode - On Easy Mode, hitting the board on the fly is worth 1 point, the front left pocket is worth 2 points, the middle pocket is worth 3, and the back pocket is worth 5 points!
- ⛳ Hard Mode - Hit the board on the fly: +1 point. Get in the water trap or sand trap (front two pockets): -1 point. Get in the back pocket: +3 points!
- ⛳ Comes with 12 Practice Balls and Golf Mat - Play on any surface using the golf mat and practice balls. Golf clubs not included.

Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of all Levels - Comes with 12 Practice Balls and Chipping Mat

Features:

- Durable felt, mesh and PVC piping
- Lightweight and portable
- Includes chipping mat for use anywhere!



1/20/22, 8:22 PM    Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of all Levels - Comes with 12 Practice Balls ...

Case 8:22-cv-01252-DOC-JDE   Document 18   Filed 09/01/22   Page 36 of 51   Page ID #:208

- 12 Practice balls included
  - 6 foam, 6 whiffle
- Golf clubs not included

Hours of Family Fun

Improve your short game while having fun! Great for all ages and skill levels

Durable Felt and PVC

Lightweight, yet very durable - easily assemble and disassemble as conveniently as possible

12 Included Practice Balls and Chipping Mat

Allows you to play right away and on any surface!

Rules

- Hit the board on the fly, that's +1 point
- Hit the sand trap or the water, that's -1 point
- Get it in the main hole, that's +3 points!

**Did you know that most players - new and experienced - lose the most strokes in their short game?**

In order to get your short game strokes down, you need to practice off the course. The best way is with a chipping net like ours! You can use this fun game anywhere you like - in the office, in the living room, garage, and outside! The best part is that its totally portable and easy to transport and store!

## Albatross Golf - Lower your score for LESS!

Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players of all Levels - Comes with 12 Practice Balls and Chipping Mat

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                               ⌃

**Brand**
Albatross Golf

---

Warnings                                                                     ⌃

⚠ **WARNING - California Proposition 65**
N/A

---

💬 Report incorrect product information

[card image]   **Earn 5% cash back** on Walmart.com   Learn how

**Products you may also like**                                    Sponsored



| + Add | + Add | + Add | + Add |

$89.99

Golf Practice Net, 10x7ft Golf Hitting Training Aids Nets...

★★★★★ 2

3+ day shipping

$15.90

American Flag Golf Balls Design#12 3 Pack by GBM Golf

3+ day shipping

$13.26

Neon Green Golf Balls 12 Pack by GBM Golf

3+ day shipping

$14.76

White Floating Golf Balls 12 Pack by GBM Golf

3+ day shipping



## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Case 8:22-cv-01253-DOC-JDE Document 18 Filed 09/01/22 Page 37 of 51 Page ID #:209

Write a review

This item doesn't have any reviews yet.

## More items to explore

Sponsored

     

    

+ Add | + Add | + Add | + Add | + Add | + Add

**$13.26**
Neon Green Golf Balls 12 Pack by GBM Golf
3+ day shipping

**$15.90**
American Flag Golf Balls Design#12 3 Pack by GBM Golf
3+ day shipping

**$14.76**
White Floating Golf Balls 12 Pack by GBM Golf
3+ day shipping

**$289.99**
Golf Putting Green Mat for Indoor Outdoor, Professional…
3+ day shipping

**$19.20**
Lavender Floating Golf Balls 12 Pack by GBM Golf
★★★☆☆ 2
3+ day shipping

**$19.20**
Blue Floating Golf Balls 12 Pack by GBM Golf
★★★☆☆ 1
3+ day shipping

We'd love to hear what you think!

Give feedback

All Departments    Store Directory    Weekly Ad    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler    Product Recalls    Get the Walmart App

Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights    Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.

Ex. E, Pg. 37

# Exhibit F

Case 8:22-cv-01252-DOC-JDE Document 18 Filed 09/01/22 Page 39 of 51 Page ID #:21



### Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training, Multiple Sizes

Brand: Albatross Golf

★★★★★  1 rating

$44⁰⁰

Get $60 off instantly: Pay $0.00 $44.99 upon approval for the Amazon Prime Store Card. No annual fee.

**Size:**
24" x 24"

| Material | EVA |
| Color | Green |
| Brand | Albatross Golf |
| Size | 24" x 24" |

**About this item**

- 🏌️ HUGE SIZE: 24"x24" Tri-Turf golf hitting artificial grass mat for mastering your swing - Compatible with real tees and engineered to last thousands of practice swings to serve as your personal driving range and a great addition to any golf net
- 🏌️ PRACTICE EVERY SHOT: The portable XL mat training aid gives you the benefit of practicing on any lie to improve your game, ranging from realistic fairway to rough and teed up driving
- 🏌️ BACKYARD OR INDOOR TRAINING: Sturdy rubber base grips to surfaces to ensure the mat never moves from your swing; The turf mat lets you spare your lawn when practicing outdoors and gives the advantage of authentic feeling turf when training indoors
- 🏌️ PRO GOLFER QUALITY: Experienced golfers will appreciate the high-quality artificial grass and beginners will have the benefit of practicing their skills on the next best thing to being out on the course
- 🏌️ 3 different turfs to practice strokes on: Tee Box, Rough and Fairway to perfect a perfect drive, chip, or irons, or any club. Great for Indoor, outdoor and backyard use.

$44⁹⁹

FREE delivery **February 11 - 24**

Or fastest delivery February 5 - 17

📍 Select delivery location

Usually ships within 1 to 2 weeks.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from  Amazon.com
Sold by  Amazon.com

Return policy: Eligible for Return, Refund or Replacement

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add to List

Share 🔗 ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

Celebrate Lunar New Year with Amazon Gift Cards  Shop now ›

### Frequently bought together



Total price: **$203.48**

**Add all three to Cart**

Some of these items ship sooner than the others. ›Show details

- ☑ **This item:** Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training, Mult…  $44.99
- ☑ GoSports Foam Golf Practice Balls - Realistic Feel and Limited Flight - Soft for Indoor or Outdoor Training - Choose …  $8.50 ($0.53/Count)
- ☑ GoSports Golf Hitting Mats - Artificial Turf Mat for Indoor/Outdoor Practice, Choose Your Size - Includes 3 Rubber T…  $149.99

### Products related to this item

Sponsored ⓘ

Page 1 of 35















‹  ›

| NEWCARE Golf Hitting Mat,3-in-1 Foldable Grass Mat - Practice Tri-Turf Chipping Swin… | JAVA 2-in-1 Fairway & Rough Turf Golf Hitting Mat with Ball Tray, Heavy Rubber Base… | Spryxe Tri-Turf Golf Mat Set | Portable Hitting for Backyard Durable Mats Home Use … | Asyxstar Golf Swing Groover - Golf Swing Trainer Aid Hitting Mat 4-in-1 for Turn Sh… | KYTAI Tri-Turf Golf Hitting Mat Backyard or Indoor Training Aid Game, Portable Prem… | SkyLife Tri-Turf/Dual-Sided Golf Hitting Mat 16" x 25", Driving Chipping Putting T… | Golf Mat, Indoor Golf Hitting Mat - Heavy Duty Rubber Base Golf Putting Green, Dual… |
|---|---|---|---|---|---|---|
| ★★★★☆ 232 | $49.99 ✓prime | ★★★★☆ 13 | ★★★☆☆ 5 | ★★★★☆ 5 | ★★★★☆ 50 | ★★★★☆ |
| $39.98 ✓prime | | $29.97 ✓prime | $25.13 ✓prime | $30.99 ✓prime | $27.75 ✓prime | $39.99 ✓prime |

### 4 stars and above

Sponsored ⓘ

Page 1 of 19

1/25/22, 8:26 PM    Amazon.com : Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor or Outdoor Training, Multiple Sizes ...

Case 8:22-cv-01252-DOC-JDE    Document 1-8    Filed 09/01/22    Page 40 of 51    Page ID #:213









NEWCARE Golf Hitting Mat,3-in-1 Foldable Grass Mat- Practice Tri-Turf Chipping Swin...
★★★★☆ 232
$39.98 ✓prime

CHAMPKEY Dual-Turf Golf Hitting Mat | Come with 9 Golf Tees & 1 Rubber Tee | Heavy ...
★★★★☆ 324
$28.99 ✓prime

CHAMPKEY 1.5' x 2.4' Huge Tri-Turf Golf Hitting Mat | Heavy Duty Rubber Backing Pra...
★★★★☆ 851
$59.99 ✓prime

SkyLife Tri-Turf/Dual-Turf Golf Hitting Mat 16" x 25", Driving Chipping Putting T...
★★★★☆ 50
$27.75 ✓prime

SAPLIZE 30"x15" Foldable 3-in-1 Golf Hitting Mat, Tight Lie, Rough and Fairway for ...
★★★★☆ 285
$26.99 ✓prime

wosofe Golf Mat Chipping Hitting 25" x16" 3in1 Foldable - Practice Turf Backyard...
★★★★☆ 150
$35.90 ✓prime

GoSports Tri-Turf XL Golf Practice Hitting Mat – Huge 24" x 24" Turf Mat for Indoor...
★★★★★ 869
$59.99 ✓prime

---

**Special offers and product promotions**

- Create your FREE Amazon Business account to save up to 10% with Business-only prices and free shipping. Register today

- **Your cost could be $0.00 instead of $44.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**From the manufacturer**





**Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training**

Looking for a mat to practice your shots at home with? Look no further.

This is the perfect addition to your home practice setup. Practice THREE unique lies in order to get your swing up to par and ready for your next tee time.

Practicing your swing at home is one of the best and easiest ways to improve your rhythm, motion, and balance. In order to be ready for anything the course throws at you, get your Albatross Golf Three Lie Mat today!







**Heavy Base**

We use a heavy base on our golf mat to prevent movement when you hit the ball

**Huge Size**

2 Feet x 2 Feet - huge surface area allows forgiveness for mis-hits

**Use Real Tees**

Stick a real tee right into the driving surface to get a true tee box feel!

**About Albatross Golf**

Albatross Golf is a small business created by passionate golfers who are looking to provide quality products at affordable prices across the U.S.

We are excited that golf is an up-and-coming sport and hobby in the U.S. and we want to provide players of all levels the tools that they need to succeed.

With each swing you take, you become a better golfer. Swing away with Albatross Golf!



### Product Description

Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training

### Product details

**Date First Available** :  November 24, 2021
**Manufacturer**  :  Albatross Golf
**ASIN**  :  B09MJ9W5QS
**Best Sellers Rank:** #244,428 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
          #133 in Golf Hitting Mats
**Customer Reviews:**
⭐⭐⭐⭐⭐ ⌄   1 rating

### Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

### Products related to this item

Sponsored ⓘ

Page 1 of 20








NEWCARE Golf Hitting Mat,3-in-1 Foldable Grass Mat- Practice Tri-Turf Chipping Swin...
⭐⭐⭐⭐½ 232
$39.98 ✓prime

JAYA 2-in-1 Fairway & Rough Turf Golf Hitting Mat with Ball Tray, Heavy Rubber Base...
$49.99 ✓prime

Golf Mat, Indoor Golf Hitting Mat - Heavy Duty Rubber Base Golf Putting Green, Dual...
$39.99 ✓prime

Golf Putting Mat for Indoor Practice (Green) - Helps Improve Putt Accuracy - Indoor...
$44.97 ✓prime

CHAMPKEY Alignment Guides Golf Hitting Mat | Heavy Duty Rubber Base Golf Practice M...
⭐⭐⭐⭐½ 449
$25.99 ✓prime

Satsuki 10 x 15 ft Golf Practice Nets, Weatherproof Golf Hitting Nets, Black 1...
⭐⭐⭐⭐ 4
$59.99 ✓prime

Albatross Golf Backyard Chipping Battle - Fun Cornhole Style Golf Game for Players ...
$34.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐⭐ 5 out of 5
1 global rating

| | | |
|---|---|---|
| 5 star | ▰▰▰▰▰ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

### Reviews with images



See all customer images

### Top review from the United States

⚪ Joe Bari

⭐⭐⭐⭐⭐ **Good mat works perfect**
Reviewed in the United States on December 22, 2021
Size: 12" x 24"  | Verified Purchase

Case 8:22-cv-01252-DOC-JDE   Document 13   Filed 09/01/22   Page 43 of 51   Page ID #:214

Write a customer review

Exactly what I was looking for. Same style as in your country club or public course.

One person found this helpful

Helpful    Report abuse

See all reviews ›

---

**Brands related to this category on Amazon**







---

**Recommended based on your shopping trends**    Page 1 of 2

Sponsored

        

| FINGER TEN Golf Rubber Tees Driving Range Value 3/4 Pack, Mixed or Same Size 1.5" 2.25" 2.75" 3" for Practice Mat | FINGER TEN Golf Rubber Tees Driving Range Value 5 Pack, Mixed Size or 5 Same Size for Practice Mat | FINGER TEN Golf Rubber Tee Driving Range Value 5 Pack for Indoor Outdoor Practice Mat, Tee Adaptor Size 1.5"… | Golf Rubber Tees Practice Training - XMWangzi, Driving Putting Chipping Range Mixed Size, Excellent E… | Wujiang Rubber Golf Tees 6 Pack (Mixed Pack) | Excellent Durability and Stability Rubber Tees-Universal with Artificia… | BIZBON 6 Pack Rubber Golf Tees for Driving Range Mats Value, 3 Mixed Size Durable Rubber Tees Ideal for P… | CHAMPKEY Premium 5 Prongs Golf Plastic Tees (75 Pack) | Reduce Friction & Side Spin Golf Tees | GLOOF 10P Golf Tees fo Golf Rang Mats Mixed Size o Rubber Tees |
| 804 | 1,922 | 452 | 99 | 1 | 173 | 1,133 | |
| $5.39 ✓prime | $6.99 ✓prime | $6.99 ✓prime | $9.99 ✓prime | $8.99 ✓prime | $8.49 ✓prime | $11.99 ✓prime | $15.99 ✓prime |

**Inspired by your browsing history**    Page 1 of 5

       

| GoSports Foam Golf Practice Balls - Realistic Feel and Limited Flight - Soft for Indoor or… | GoSports Golf Hitting Mats - Artificial Turf Mat for Indoor/Outdoor Practice, Choose Your… | GoSports Chipster Golf Chipping Pop Up Practice Ne | GoSports Golf Practice Hitting Net - Choose Between Huge 10'x7' or 7'x7' Nets -Personal… | CHAMPKEY Premium Golf Impact Mat 1.0 Edition | Analysis Swing Path and Correct Hitting Posture Golf Practice… | 40 Pack Foam Golf Practice Balls - Realistic Feel and Limited Flight Training Balls for Indoor or Outdoor | GoSports All-Weather Golf Ball Tray, Great Accessory for Home Practice and Compatible with All Hitting Mats | Golf Practi Perfect for Backyard Go Range Pract Duty Hitting |
| 6,304 | 1,595 | 2,516 | 3,857 | 1,032 | 1,040 | 499 | |
| #1 Best Seller in Practice Golf Balls | #1 Best Seller in Golf Hitting Mats | Amazon's Choice in Golf Hitting Net Systems | #1 Best Seller in Golf Hitting Net Systems | | | | |
| $8.50 ($0.53/Count) | $149.99 | $29.99 | $79.99 | $34.99 | $15.99 ($0.40/Count) | $29.99 | $78.99 |
| Get it as soon as Monday, Jan 31 | Get it as soon as Monday, Jan 31 | Get it as soon as Monday, Jan 31 | Get it as soon as Monday, Jan 31 | Get it as soon as Monday, Jan 31 | Get it as soon as Monday, Jan 31 | Get it as soon as Monday, Jan 31 | Get it as soon as Feb 1 |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders b |

See personalized recommendations

**Sign in**

New customer? Start here.

---



Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

**Let Us Help You**
Amazon and COVID-19
Your Account

Sustainability
Press Center
Investor Relations
Amazon Devices

Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2022, Amazon.com, Inc. or its affiliates



1/25/22, 10:03 AM    Amazon.com: Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training, Multiple Sizes ...

Case 8:22-cv-01252-DOC-JDE   Document 1-8   Filed 09/01/22   Page 44 of 51   Page ID #:216





**Frequently bought together**

Total price: $43.49

Add both to Cart

ⓘ One of these items ships sooner than the other. Show details

☑ This item: Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training, Mult... $34.99
☑ GoSports Foam Golf Practice Balls - Realistic Feel and Limited Flight - Soft for Indoor or Outdoor Training - Choose ... $8.50 ($0.53/Count)

**Products related to this item**

Sponsored ⓘ    Page 1 of 35

     

Golf Net, 10x7ft Golf Practice Net for Backyard Driving with Target and Carry Bag f... ★★★★☆ 13 $88.89 ✓prime

Jaya Golf Hitting Net - Tri-Turf Practice Mat and Golf Balls, 10x7ft High Impact... $89.99 ✓prime

SkyLife Tri-Turf/Dual-Turf Golf Hitting Mat 16" x 25", Driving Chipping Putting T... ★★★★☆ 50 $27.75 ✓prime

Spryxe Tri-Turf Golf Mat Set | Portable Hitting for Backyard Durable Mats Home Use ... ★★★★☆ 13 $29.97 ✓prime

JEMOSH 10x7ft & 20x20in Golf Practice Hitting Training Chipping Aids Nets... ★★★★★ 16 $119.99 ✓prime

JAYA 2-in-1 Fairway & Rough Turf Golf Hitting Mat with Ball Tray, Heavy Rubber Base... $49.99 ✓prime

KYTAI Tri-Turf Golf Hitting Mat Backyard or Indoor Training Aid Game, Portable Prem... ★★★★☆ 5 $30.99 ✓prime

**4 stars and above**

Sponsored ⓘ    Page 1 of 23









SkyLife Tri-Turf/Dual-Turf Golf Hitting Mat 16" x 25", Driving Chipping Putting T...
⭐⭐⭐⭐ 50
$27.75 ✓prime

FRANKTECH Golf Hitting Net Heavy Duty Golf Practice Net for Backyard Driving Golf...
⭐⭐⭐⭐ 119
$89.99 ✓prime

SAPLIZE Golf Practice Net with Hitting Mat and Golf Balls, High Impact Net, 10x7ft ...
⭐⭐⭐⭐ 231
$69.99 ✓prime

GoSports Tri-Turf XL Golf Practice Hitting Mat - Huge 24" x 24" Turf Mat for Indoor...
⭐⭐⭐⭐ 869
$59.99 ✓prime

SkyLife Tri-Turf/Dual-Turf Golf Hitting Mat 16" x 25", Driving Chipping Putting T...
⭐⭐⭐⭐ 54
$49.99 ✓prime

TRUEDAYS Dual-Turf Golf Hitting Mat, Portable Heavy Rubber Base Golf Practice Hitti...
⭐⭐⭐⭐ 134
$21.99 ✓prime

wosofe Golf Mat Chipping Hitting 25" x16" 3in1 Foldable - Practice Turf Backyard...
⭐⭐⭐⭐ 150
$35.90 ✓prime

---

**Special offers and product promotions**

- Create your FREE Amazon Business account to save up to 10% with **Business-only prices** and free shipping. **Register today**

- **Your cost could be $0.00 instead of $34.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

---

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**From the manufacturer**





**Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training**

Looking for a mat to practice your shots at home with? Look no further.

This is the perfect addition to your home practice setup. Practice THREE unique lies in order to get your swing up to par and ready for your next tee time.

Practicing your swing at home is one of the best and easiest ways to improve your rhythm, motion, and balance. In order to be ready for anything the course throws at you, get your Albatross Golf Three Lie Mat today!





**Heavy Base**
We use a heavy base on our golf mat to prevent movement when you hit the ball

**Large Size**
1 Foot x 2 Feet - large surface area allows forgiveness for mis-hits

**Use Real Tees**
Stick a real tee right into the driving surface to get a true tee box feel!

**About Albatross Golf**

Albatross Golf is a small business created by passionate golfers who are looking to provide quality products at affordable prices across the U.S.

We are excited that golf is an up-and-coming sport and hobby in the U.S. and we want to provide players of all levels the tools that they need to succeed.

With each swing you take, you become a better golfer. Swing away with Albatross Golf!

1/25/22, 9:06 AM Amazon.com: Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training: Multiple Sizes ...

Case 8:22-cv-01252-DOC-JDE Document 1-8 Filed 09/01/22 Page 46 of 51 Page ID #:218



### Product Description

Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training

### Product details

**Date First Available :** November 24, 2021
**Manufacturer :** Albatross Golf
**ASIN :** B09MJ9W5QS
**Best Sellers Rank:** #244,428 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #133 in Golf Hitting Mats
**Customer Reviews:**
⭐⭐⭐⭐⭐ ⌄   1 rating

### Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

### Products related to this item

Sponsored ⓘ                                                                                          Page 1 of 20

      

| SAPLIZE Golf Practice Net with Hitting mat and Golf Balls, High Impact Net, 10x7ft ... | Boho Town Golf Chip-N-Net Sports 3 Piece Chipping Nets Target Practice Set with Acc... | Jaya Golf Hitting Net with Tri-Turf Practice Mat and Golf Balls, 10x7ft High Impact... | JAYA 2-in-1 Fairway & Rough Turf Golf Hitting Mat with Ball Tray, Heavy Rubber Base... | SkyLite Tri-Turf/Dual-Turf Golf Hitting Mat 16" x 25", Driving Chipping Putting T... | Golf Net, 10x7ft Golf Practice Net for Backyard Driving with Target and Carry Bag f... | Golf Putting Mat for Indoor Practice (Green) - Helps Improve Putt Accuracy - Indoor... |
|---|---|---|---|---|---|---|
| ⭐ 231 | ⭐ 37 | ⭐ 50 | ⭐ 13 | ⭐ 34 | | |
| $69.99 √prime | $34.99 √prime | $89.99 √prime | $49.99 √prime | $27.75 √prime | $88.89 √prime | $44.97 √prime |

### Customer Questions & Answers

See questions and answers

---

### Customer reviews

⭐⭐⭐⭐⭐ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |

**Reviews with images**





See all customer images



| | |
|---|---|
| 2 star | 0% |
| 1 star | 0% |

✓ How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

**Top review from the United States**

Joe Bari

⭐⭐⭐⭐⭐ **Good mat works perfect**

Reviewed in the United States on December 22, 2021

Size: 12" x 24"  |  Verified Purchase

Exactly what I was looking for. Same style as in your country club or public course.

Helpful  |  Report abuse

One person found this helpful

See all reviews ›



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

amazon

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

Walmart Departments Services Search everything at Walmart online and in store Reorder My Items Sign In Account 0 $0.00

Westminster Store | Westminster, 92683

Sports & Outdoors / Sports / Golf Equipment / Golf Swing Trainers

Albatross Golf

# Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training

$44.99

Add to cart

Size: 2' x 2'

1' x 2' $34.99

2' x 2' $44.99

Free shipping, **arrives by Sat, Feb 5** to Westminster, 92683

**Want it faster?** Add an address to see options

Sold and shipped by Walmart.com

Free 90-Day returns Details

Add to list   Add to registry

Walmart+ Get free delivery, shipping and more*
*Restrictions apply Start your free trial

+ Add

Sponsored

$59.97

Abcosport Indoor Golf Putting Practice Mat – Auto Ball Return Function – Life-...

22

3+ day shipping

## Popular items in this category

Bestselling items that customers love

Best seller

+ Add

$24.97 $49.99

Club Champ Auto Putting System

57

3+ day shipping

+ Add

$24.97

PuttOUT Golf Sport Training Aid

Pickup Delivery 3+ day shipping

+ Add

$39.99 $44.99

SKLZ Putting Green Par Putting Mat Emulates Re with True Roll Surface fo

5

1-day shipping

## About this item

Product details

- HUGE SIZE: 24"x24" Tri-Turf golf hitting artificial grass mat for mastering your swing - Compatible with real tees and engineered to last thousands of practice swings to serve as your personal driving range and a great addition to any golf net
- PRACTICE EVERY SHOT: The portable XL mat training aid gives you the benefit of practicing on any lie to improve your game, ranging from realistic fairway to rough and teed up driving
- BACKYARD OR INDOOR TRAINING: Sturdy rubber base grips to surfaces to ensure the mat never moves from your swing; The turf mat lets you spare your lawn when practicing outdoors and gives the advantage of authentic feeling turf when training indoors
- PRO GOLFER QUALITY: Experienced golfers will appreciate the high-quality artificial grass and beginners will have the benefit of practicing their skills on the next best thing to being out on the course
- 3 different turfs to practice strokes on: Tee Box, Rough and Fairway to perfect a perfect drive, chip, or irons, or any club. Great for Indoor, outdoor and backyard use.

Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training

Looking for a mat to practice your shots at home with? Look no further.

This is the perfect addition to your home practice setup. Practice THREE unique lies in order to get your swing up to par and ready for your next tee time.

Practicing your swing at home is one of the best and easiest ways to improve your rhythm, motion, and balance. In order to be ready for anything the course throws at you, get your Albatross Golf Three Lie Mat today!



1/20/22, [...] Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training - Walmart.com

Case 8:22-cv-01253-DOC-JDE Document 18 Filed 09/01/22 Page 50 of 51 Page ID #:222

Heavy Base

We use a heavy base on our golf mat to prevent movement when you hit the ball

Huge Size

2 Feet x 2 Feet - huge surface area allows forgiveness for mis-hits

Use Real Tees

Stick a real tee right into the driving surface to get a true tee box feel!

**About Albatross Golf**

Albatross Golf is a small business created by passionate golfers who are looking to provide quality products at affordable prices across the U.S.

We are excited that golf is an up-and-coming sport and hobby in the U.S. and we want to provide players of all levels the tools that they need to succeed.

With each swing you take, you become a better golfer. Swing away with Albatross Golf!

**Albatross Golf - Lower your score for LESS!**

Albatross Golf Three-Lie Golf Hitting Practice Mat, Tri-Turf Surface for Indoor and Outdoor Training

�घ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

| Specifications | ^ |
| --- | --- |

Brand
Albatross Golf

| Warnings | ^ |
| --- | --- |

⚠ **WARNING - California Proposition 65**
N/A

💬 Report incorrect product information

Earn **5% cash back** on Walmart.com   Learn how

**Products you may also like**   Sponsored



+ Add

$89.99

Golf Practice Net, 10x7ft Golf Hitting Training Aids Nets...

★★★★★ 2

3+ day shipping

+ Add

$81.99

SAPLIZE Golf Hitting net Large Size , Golf Practice Net with...

★★★★★ 4

2-day shipping

+ Add

$59.97

Abcosport Indoor Golf Putting Practice Mat – Auto Ball...

★★★★☆ 22

3+ day shipping

+ Add

$289.99

Golf Putting Green Mat for Indoor Outdoor, Profession...

3+ day shipping

**Customer reviews & ratings**

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

**More items to explore**   Sponsored

1/20/22, 9:28 PM    Albatross Golf Three-Lie Golf Hitting Practice Mat Tri-Turf Surface for Indoor and Outdoor Training - Walmart.com

Case 8:22-cv-01252-DOC-JDE Document 18 Filed 09/01/22 Page 51 of 51 Page ID #:223



    

**+ Add**     **+ Add**     **+ Add**     **+ Add**     **+ Add**     **+ Add**

**$24.99** ~~$49.99~~    **$44.97** ~~$50.00~~    **$15.38** ~~$25.32~~    **$11.99**    **$18.90**    **$14.76**

Impact Master(R) V-1 Golf Mat Hitting Strip

Country Club Elite® 1x3 Premium Real Feel Golf Mats" Hitting...

Pink Zebra Face Golf Balls 6 Pack by GBM Golf

IZZO Smooth Swing Golf Training Aid ★★★★★ (3)

Neon Yellow Golf Balls 12 Pack by GBM Golf

White Floating Golf Balls 12 Pack by GBM Golf

3+ day shipping     3+ day shipping     3+ day shipping     3+ day shipping     3+ day shipping     3+ day shipping

## Related pages

Golf Netting                          Golf Gti Mats                          Golf Nets

Putt And Go                           Hit Dance                             Putt Out Mat

Golf Accessories                      Ping Golf                             Boston Celtics Home

Boston Celtics Bath & Kitchen         Boston Celtics                        Boston Celtics Team Shop

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Weekly Ad    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler    Product Recalls    Get the Walmart App
Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights    Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.